UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEAGUE TO SAVE LAKE TAHOE
and SIERRA CLUB,

    Plaintiffs,

    v.

TAHOE REGIONAL PLANNING
AGENCY,

    Defendant.

NO. CIV. S-08-2828 LKK/GGH

_____/

SHOREZONE PROPERTY OWNERS
ASSOCIATION, INC., a non-
profit Nevada corporation,
aka TAHOE LAKEFRONT OWNERS'
ASSOCIATION,

    Plaintiff,

    v.

TAHOE REGIONAL PLANNING
AGENCY,

    Defendant.

NO. CIV. S-08-3081 LKK/GGH

O R D E R

_____/

    Pending before the court is a request by the Tahoe Regional Planning Agency ("TRPA") to consolidate two cases pending against it: League to Save Lake Tahoe v. TRPA, (No. 2:08-cv-2828 LKK GGH)

1

and Shorezone Property Owners Assoc. v. TRPA (No. 2:08-cv-3081 LKK GGH). This request was made as part of TRPA's status report, and is not opposed by plaintiffs in either case. Both cases concern TRPA's regulation of activities in the Lake Tahoe Basin, and in particular, the shorezone ordinances adopted by TPRA on October 22, 2008. The Court has already related the two cases by order of January 7, 2009.

Federal Rule of Civil Procedure 42(a) provides that:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings there in as may intend to avoid unnecessary costs or delay.

F.R.C.P. 42 (a). The district court has broad discretion under this rule to consolidate cases pending in the same district. Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California, 877 F.2d 777, 777 (9th Cir. 1989).

Given that all involved parties request the consolidation and that the cases involve similar, or in some cases inverse, allegations and facts, the court hereby grants the request for consolidation.

In addition, at the status conference held on April 6, 2009, the parties in the two consolidated actions represented that all pending claims are to be resolved solely on the administrative record. TRPA expects to produce this record no later than May 20, 2009, and the parties represent that they will need no more than three weeks to determine whether they will seek supplementation of

this record.

Accordingly, the court ORDERS as follows:

1. League to Save Lake Tahoe v. TRPA, (No. 2:08-cv-2828 LKK GGH) and Shorezone Property Owners Assoc. v. TRPA (No. 2:08-cv-3081 LKK GGH) are hereby CONSOLIDATED.
2. Case No. 2:08-cv-2828 LKK GGH is designated as the "master file;"
3. The Clerk is directed to copy the operative complaint and the answer to the complaint from No. 2:08-cv-3081 LKK GGH, and to place those copies in the "master file;"
4. The Clerk is directed to administratively close case No. 2:08-cv-3081 LKK GGH;
5. The parties are directed to file all future pleadings only in case no. 2:08-cv-2828 LKK GGH;
6. TRPA SHALL produce the administrative record no later than May 20, 2009.
7. Motions regarding the completeness of the administrative record and any supplementation thereof SHALL be filed no later than June 10, 2009.
8. A further status conference to set a consolidated schedule is SET for June 22, 2009 at 1:30 PM.

IT IS SO ORDERED.

DATED: April 7, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT